UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>    Plaintiff,<br><br>Vs.<br><br>Monster Reservations Group LLC and John Does 1-10<br><br>    Defendants. | C/A No: 2:23-cv-5082-JD-MGB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION TO STAY** |

Plaintiff respectfully requests the Court stay this action until December 16, 2023. The parties have executed a conditional settlement agreement in this matter, and the settlement terms will be completed by December 15, 2023. After the settlement is finalized, Plaintiff will dismiss the action with prejudice.

Respectfully submitted,

*/s/ Jay C. Connor*

Jay C. Connor Plaintiff, *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
Jayc650@hush.com
(843) 557-5724

November 3, 2023