**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jay Connor,

        Plaintiff,

          Vs.

Monster Reservations Group LLC and John Does
1-10

        Defendants.

C/A No: 2:23-cv-04360-JD-MGB

**Notice of Dismissal**

## Notice of Dismissal

Pursuant to Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action with prejudice. A mutual resolution has been reached to the satisfaction of all parties, and the parties finalized the settlement agreement to end the case.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724
Jayc650@hush.com

November 14, 2023